RECEIVED

MAY 1 4 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARTANYAN KIETCHEL BREAUX | CIVIL ACTION NO. 6:12-cv-0451 |
| VS. | SECTION P |
| PUBLIC DEFENDER 15TH | JUDGE DOHERTY |
| JUDICIAL DISTRICT | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii).

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this _14_ day of _May_, 2012.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE